```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

KENNARDOA ABDYL MARSHALL                                PLAINTIFF

VS.                          CIVIL ACTION NO. 3:24-cv-242-TSL-MTP

COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT

<u>ORDER</u>

This cause is before the court on the objections of plaintiff Kennardoa Abdyl Marshall to the December 16, 2024 report and recommendation of United States Magistrate Judge Michael T. Parker, recommending that the Commissioner's decision be affirmed and that the appeal be dismissed with prejudice. Having considered the objections pursuant to de novo review, the court concludes that they are not well taken for the reasons set forth in the report and recommendation and, therefore, the objections will be overruled. The court further concludes that the report and recommendation should be adopted as the opinion of the court and the appeal will be dismissed with prejudice.

Accordingly, it is ordered that plaintiff's objections are overruled. It is further ordered that the December 16, 2024 report and recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the opinion of the court and the appeal is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 30th day of December, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE